UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN STEWART,<br><br>        Plaintiff,<br><br>   vs.<br><br>SAN LUIS AMBULANCE SERVICE, INC.,<br><br>        Defendant. | CASE NO. CV13-09458-BRO (SSx)<br><br>[Hon. Beverly Reid O'Connell]<br><br>**JUDGMENT** |

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD,

2  WHEREAS, on October 6, 2015, the Court entered partial summary judgment against Plaintiff Dylan Stewart ("Plaintiff") and in favor of Defendant San Luis Ambulance Service, Inc. ("Defendant") as to Plaintiff's third, fourth, fifth, sixth, seventh, and eighth claims for relief [Dkt. No. 85];

3  WHEREAS, on November 5, 2015, Plaintiff filed a Notice of Acceptance of Offer of Judgment, accepting Defendant's Rule 68 Offer of Judgment in Plaintiff's favor in the amount of $750 on Plaintiff's first and second claims for relief, [Dkt. No. 90];

4  WHEREAS, on November 19, 2015, the Court denied Plaintiff's Motion for Reconsideration, denied as moot Plaintiff's alternative request to certify for interlocutory appeal, and dismissed Plaintiff's ninth claim for relief for lack of subject matter jurisdiction [Dkt. No. 96].

5  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that: (1) judgment is entered in favor of Plaintiff Dylan Stewart in the amount of $750 on Plaintiff's first and second claims for relief; and (2) judgment is entered in favor of Defendant San Luis Ambulance Service, Inc. on Plaintiff's third, fourth, fifth, sixth, seventh, and eighth claims for relief.

IT IS SO ORDERED.

DATED: November 24, 2015

_____
HON. BEVERLY REID O'CONNELL

58002